UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK,

    Plaintiff,

v.                                            CASE NO: 8:13-cv-2627-T-26TBM

BING CHARLES W. KEARNEY, JR. and
TONYA NUHFER KEARNEY,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the procedural history of this case[1] and the related state-court case, together with the submissions of the parties and the Plaintiff's willingness to dismiss the related state-court action, it is ordered and adjudged that the Defendants' Motion to Stay Proceedings (Dkt. 19) is denied without prejudice to being renewed in the event the Plaintiff fails to file with this Court on or before April 10, 2014, documentary proof that it has dismissed the related state-court complaint.

**DONE AND ORDERED** at Tampa, Florida, on March 10, 2014.

---

[1] On February 19, 2014, the Court entered a Case Management and Scheduling Order (the CMSO) at docket 18 establishing case-related deadlines for joining parties, amending pleadings, exchanging expert witness disclosures, filing dispositive motions, and filing a pretrial statement. In the CMSO, the Court also scheduled a pretrial conference to take place on February 5, 2015, with the trial of this case to commence during the March 2015 trial month.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record