# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

REGIONS BANK, an Alabama state
chartered bank, as successor-in-interest to
AmSouth Bank,

    Plaintiff,

v.                                               CASE NO: 8:13-cv-2627-T-26TBM

BING CHARLES W. KEARNEY, JR., and
TONYA NUHFER KEARNEY,

    Defendants.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the parties' submissions, including the Mediator's e-mail which is part of Exhibit B to the Defendant's Response, it is ordered and adjudged that the Plaintiff's Amended Motion for Sanctions (Dkt. 79) is **denied**.

**DONE AND ORDERED** at Tampa, Florida, on November 13, 2014.

                                    s/*Richard A. Lazzara*
                              **RICHARD A. LAZZARA**
                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record