# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

REGIONS BANK, an Alabama state chartered bank, as
successor-in-interest to AmSouth Bank,

     Plaintiff,

v.                                  CASE NO: 8:13-cv-2627-T-26TBM

BING CHARLES W. KEARNEY, JR. and
TONYA NUHFER KEARNEY,

     Defendants.

_____/

## O R D E R

**UPON DUE CONSIDERATION**, it is ordered and adjudged that the Unopposed

Motion to Strike Defendants' Request for Jury Trial (Dkt. 89) is granted.  This case will be tried

to the Court during the March 2015 trial month commencing March 2, 2015.

**DONE AND ORDERED** at Tampa, Florida, on November 19, 2014.


                             s/*Richard A. Lazzara*
                             **RICHARD A. LAZZARA**
                             **UNITED STATES DISTRICT JUDGE**


COPIES FURNISHED TO:
Counsel of Record