UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, an Alabama state chartered
bank, as successor in interest to AmSouth Bank,

    Plaintiff,

v.                                                          CASE NO: 8:13-cv-2627-T-26TBM

BING CHARLES W. KEARNEY, JR., and
TONYA NUHFER KEARNEY,

    Defendants.
_____/

**O R D E R**

**UPON DUE CONSIDERATION** of Region Bank's Motion to Allow Limited Reopening of Discovery to Depose Expert Witnesses (Dkt. 104), it is **ORDERED AND ADJUDGED** that the motion is **denied.** The discovery cut-off was October 31, 2014,[1] with the very limited extension of the deadline for disclosure of expert reports to December 9, 2014, for Plaintiff, and December 23, 2014, for Defendants. The dispositive

---

[1] See docket 18.

motion deadline has now passed.[2]  This case has been fraught with discovery disputes since its inception,[3] and the time has come for discovery to end.

       **DONE AND ORDERED** at Tampa, Florida, on January 8, 2015.

          s/*Richard A. Lazzara*
         **RICHARD A. LAZZARA**
         **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[2]  See docket 97, para. 4.

[3]  This facts of this case are different from those before this Court in Cosser v. Kmart Corp., No. 8:08-cv-1701-T-26EAJ, 2009 WL 2181464 (M.D. Fla. July 22, 2009).