UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, an Alabama state chartered
bank, as successor in interest to AmSouth Bank,

    Plaintiffs,

v.                                              CASE NO: 8:13-cv-2627-T-26TBM

BING CHARLES W. KEARNEY, JR., and
TONYA NUHFER KEARNEY,

    Defendants.
_____/

**O R D E R**

**UPON DUE CONSIDERATION** of Regions Bank's Motion to Strike Defendant's Proposed Expert Marian P. McCulloch, Esq., and In Limine as to Her Proposed Testimony (Dkt. 109), the Court concludes that it is due to be summarily denied.  The parties are put on notice that this Court looks with disfavor on motions in limine which raise evidentiary issues more appropriately raised at trial.  It is therefore **ORDERED AND ADJUDGED** that the Motion (Dkt. 109) is **denied** without prejudice to being renewed at time of trial.  The parties *shall* address any anticipated witness and evidentiary disputes in their trial briefs.

    **DONE AND ORDERED** at Tampa, Florida, on January 16, 2015.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record