# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

REGIONS BANK, an Alabama state chartered
bank, as successor in interest to AmSouth Bank,

    Plaintiff,

v.                                   CASE NO: 8:13-cv-2627-T-26TBM

BING CHARLES W. KEARNEY, JR., and
TONYA NUHFER KEARNEY,

    Defendants.
_____/

## O R D E R

**UPON DUE CONSIDERATION** of Defendants' Motion to Strike and Exclude Trial Testimony of Regions Bank's Undisclosed Fact Witnesses and Motion for Sanctions (Dkt. 119), and Region Bank's Response in Opposition (Dkt. 125), the Court concludes the motion should be denied. Defendants, however, shall be given the opportunity to depose the witnesses. It is therefore **ORDERED AND ADJUDGED** that the Motion (Dkt. 119) is **denied** with leave for Defendants to depose the two witnesses no later than **February 18, 2015.**

**DONE AND ORDERED** at Tampa, Florida, on February 11, 2015.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record