## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

REGIONS BANK, an Alabama state chartered
bank, as successor in interest to AmSouth Bank,

    Plaintiff,

v.                                                    CASE NO: 8:13-cv-2627-T-26TBM

BING CHARLES W. KEARNEY, JR., and
TONYA NUHFER KEARNEY,

    Defendants.
_____/

## O R D E R

**UPON DUE CONSIDERATION** of Defendants' Motion to Strike and Exclude Trial Testimony of Regions Bank's Rebuttal Expert Witness and Motion for Sanctions (Dkt. 118) and Regions Bank's Response in Opposition (Dkt. 124), it is **ORDERED AND ADJUDGED** that the Motion (Dkt. 118) is **denied without prejudice** to raising the issues at trial.  The parties, having already briefed the Court on the matters in this motion, are relieved of the duty to reargue this issue in their trial briefs.

**DONE AND ORDERED** at Tampa, Florida, on February 11, 2015.

                                    s/*Richard A. Lazzara*
                                    **RICHARD A. LAZZARA**
                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record