# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

REGIONS BANK, a state-chartered Alabama
bank, as successor-in-interest to AmSouth Bank,

    Plaintiff,

v.                                       CASE NO: 8:13-cv-2627-T-26TBM

BING CHARLES W. KEARNEY, JR., and
TONYA NUHFER KEARNEY,

    Defendants.
                                        /

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is ordered and adjudged that the Plaintiff's Motion for Temporary Injunction (Dkt. 159), seeking an injunction against the Defendants from transferring post-trial the assets at issue in this litigation, is denied as unnecessary. In its amended complaint, the Plaintiff has already sought the identical relief from this Court,[1] and reaffirmed its request for such relief in its trial brief.[2]

**DONE AND ORDERED** at Tampa, Florida, on March 16, 2015.

                                                         s/*Richard A. Lazzara*
                                                         **RICHARD A. LAZZARA**
                                                         **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

    [1] See docket 11, Count VI.

    [2] See docket 145, pgs. 57-58.